Hand-Delivered

FILED
CHARLOTTE, NC

JAN 17 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

DAMON EMIL FIELDS

Plaintiff,

vs.

GASTON County

Defendant(s).

COMPLAINT

Case No. 3:20CV33

## A. JURISDICTION

Jurisdiction is proper in this court according to:

____ 42 U.S.C. §1983

____ 42 U.S.C. §1985

____ Other (Please specify) _____

## B. PARTIES

1. Name of Plaintiff: DAMON EMIL FIELDS
   Address: 1107 WEST GATE DR
   CHERRYVILLE NC 28021

2. Name of Defendant: GASTON County
   Address: ~~1107 WESTGATE D.~~
   128 W. MAIN AVE, GASTONIA NC 28052

   Is employed as MUNICIPALITY at _____
   (Position/Title)          (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES____ NO _X_, if "YES" briefly explain:
THEY WOULDN'T LISTEN to ME ABOUT WHAT HAPPENED AND ALLOWED ME To GEt ASSUALtED
_____

3. Name of Defendant: _____
   Address: _____
   _____
   _____

   Is employed as _____ at _____
                    (Position/Title)        (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES____ NO ____, if "YES" briefly explain:
   _____
   _____

4. Name of Defendant: GASTON _____
   Address: _____
   _____
   _____

   Is employed as _____ at _____
                    (Position/Title)        (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES____ NO ____, if "YES" briefly explain:
   _____
   _____

(Use additional sheets if necessary.)

## C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem.

WAS HELP AGAINST MY WILL at BULLIES HOUSE

I WAS ASSUALtED At MY BABY SItteRS HousE AND Two Brothers HAD ME To SIt ON ONE MONKEY BAR BOth BROtheRS JUMPED ONE ON EACH LEG AND JERKED ME UP AND DOWN JUMPING I BLACKED OUT THEN I WAS StRUCK WITH A BASEBALL BAT ON MY LOWER JAW all the bullying continued I WAS FORCED To USE DRUGS MOM WANTED To GEt ME HELP So SHE CALLED POLICE ON ME I WAS ARRESTED toLD OFFICER WHAt had HAPPENED HE Just BOOKED ME THEN the OFFICERS At JAIL ALLOWED ME to GEt SEXUALLY ASSUALtED

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count 1: DIDN't LISTEN TO WHAT HAPPEN TO FILE CHARGES P's WOULDN't ALLOW ME to FILE REPORT when I GOt my HEAD ON STRAIGHT
 (2) Supporting Facts: I WAS ASSAULTED AND HELD AGIANST MY WILL AND I TRYED TO EXPLAIN BUT I WAS DRUGED ASWELL AND REFUSED TO TAKE

b. (1) Count 2: I WAS SEXUALLY ASSAULTED IN CUSTODY OF STATE
 (2) Supporting Facts: I CAN EYEDENTIFY THE COLPRATE I KNOW the NAMES OF ALL the OFFICERS that WERE ON DUTY that NIGHT AND NEXT AND I KNOW A WITNESS TO THE CRIME.

I ALSO WAS PUT IN DRUNK TANK AT 16 too AND I HAD to SIT IN PEEAN POOP AND there WERE COCKROACHES

## E. INJURY

How have you been injured by the actions of the defendant(s)?

IF CHARGES were FILED COULD HAVE BEEN STOPED INSURACE WHEN HOUSE BURNT DOWN LOSS OF INSURACE VEHICLES DISTROYED HARD INJURIES ALL this HURTS ME YOUNG GIRLS HAVE BEEN HURT

I HAVE ALMOST KILLED MYSELF
I WAS EMOTIONALLY DISTRUBED FOR OVER HALF MY LIFE
I HAVE RUINED ALL OF MY FAMILY AND FRIEND ALSO BUSSINESS RELATIONSHIPS AND MY MARAIAGE I ALWAYS STAND UP FOR MYSELF At WORK AND the BOSSES AND EMPLOYEES DONOT LIKE CANADIAN DUDLEY DOORIGHT I HAVE BEEN HOSPITALIZED OVER TWENTY times the BULLIES WERE ABLE to KEEP ASSAULTING ME AND SEALING DRUGS AND ROBBING ME & MOM AND others going AS FAR AS ASSUALTING them too MADE MY MOM WORK THREE JOBS till SHE WAS 67 BECAUSE MY FAMILY JUST BLAMED ME FOR WHAT HAPPEN I DISPLAYED PTSD TRAMA BY DISTRUYING THE HOUSE CARS VALUEBLE OF MINE AND MOM's to TRY to STOP HER FROM CALLING the POLICE ON ME AND TRYIED to GEther to CALL the POLICE ON them BUT SHE WAS SCARED OF them to ALSO THE BULLY'S ARE DRUG DEALER AND the ARE PERTICEAPATERS IN SEXTRAFFICING THEY WILL HAVE SEX WITH YOUNG AND OLD WOMAN FOR PAYMENT DRUGS ONE OF THEM tell ME THEY KNOW OFFICER THAT WILL GET RID OF CHARGES IN the COMPUTER ONE OF the DEATORS WANT to BE SHERIFF

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?   YES ✓   NO

If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:
Plaintiff(s): GASTON County EX AL / N/A / DAMON EMIL FIELDS FAMILY
Defendants(s): DAMON EMIL FIELDS FAMILY / GASTON County

2. Name of court and case or docket number:
N/A

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)
N/A

4. Issued raised:
GASTON County is SUING me I COUNTER SUED AND HAD the CASE REMOVED to FEDERAL COURT they LIE AND SAY I DIDN+ FILE IN TIME BUT I DID there ARVE VOICE RECORDINGS OF PHONE CALL I HAVE SOME AND SHERIFFS DO TOO

5. When did you file the lawsuit? DEC 30th 2019
Date: Month/Year

6. When was it (will it be) decided? IN A timely MANNOR

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D? YES ✓   NO

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

I HAVE TALK to Doctors COUNTLESS AND told COUNTLESS OFFICER MAGISTRATE AND EVERYONE I COULD NO ONE DOES ANYTHING I DON+ WANT to HURT ANYONE THATS WHY I AM FILING IT IN FEDERAL COURT.

THIS IS MY LAST OPTION I HAVE TOLD ATTORNEY GENERAL SBI FBI ANYONE YOU CAN THINK OF I HAVE TOLD

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

RUINED MY TEETH BECAUSE NOW I GET SICK IF I BRUSH MY TEETH

3 million DOLLARS AND AN APPOLOGY TO ME AND MY MOM PUBLICLY FOR THE SALNDER AND DEFIMATION OF CHARACTOR AND LIBEL MY BABIES BACK MY CHARGES DROPPED FOR I DIDNT COMMIT ON MY FREEWILL I WAS DRUGED MY HOSPITAL BILLS PAID MY PAST DEBT PAID AND CORRECTED ALL THIS THAT HAPPEN AND THE NEGLIGENT THAT ALLOWED IT TO CONTINUE ALL THE DAMAGES IN MY LIFE FIXED AND FOR COMMUNITY TO TREAT MY MOM DIFFERENTLY AND MY MOM BACK NOW

ALL FUTURE HEALTH CARE PAID

SLANDER LIBEL DEFIMATION OF CHARACTOR

JURY TRIAL REQUESTED YES X NO ___

Signed at **Damon E[...]** on 01-17-2020
(Location)    (Date)

Signature: Charlotte

I REBUKE YALL IN JESUS NAME
I AM A HERO
the HERO MIGHT NOT WIN BUT I WILL NOT GIVE UP

Address: 1107 Westgate DR
Cherryville NC 28021

Phone: 704-308-8846
E-Mail: xmentimemachine@gmail.com   DonALD trumpstimemachine@gmail.com
transformertimemachine@gmail.com
Jesustimemachine@gmail.com