IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00033-FDW-DCK

DAMON EMIL FIELDS,

**Plaintiff,**

v.

GASTON COUNTY,

**Defendant.**

**ORDER**

THIS MATTER is before the Court *sua sponte*. On March 17, 2020, this Court granted Plaintiff's Motion to Proceed In Forma Pauperis. (Doc. No. 3). In its March 17 Order, the Court ordered Plaintiff to amend his Complaint particularizing his claims within thirty (30) days. Id. at p. 4. The Court cautioned Plaintiff that failure to appropriately and timely amend his Complaint would result in dismissal of his Complaint without prejudice. Id. Plaintiff failed to adequately and timely amend his Complaint.[1] Because Plaintiff failed to comply with this Court's Order from March 17, 2020, the Court hereby DISMISSES WITHOUT PREJUDICE Plaintiff's Complaint.

IT IS SO ORDERED.

Signed: December 7, 2020

Frank D. Whitney
United States District Judge

---

[1] Plaintiff submitted a miscellaneous filing with the Court on June 12, 2020, well after the thirty-day deadline to amend his Complaint. (Doc. No. 4). The miscellaneous filing does not cure any deficiencies in the original Complaint. Id.