# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Damon Emil Fields **,** ) | | JUDGMENT IN CASE |
| ) | | |
| Plaintiff(s), ) | | 3:20-cv-00033-FDW-DCK |
| ) | | |
| vs. ) | | |
| ) | | |
| Gaston County **,** ) | | |
| Defendant(s). ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 8, 2020 Order.

December 8, 2020

Frank G. Johns, Clerk
United States District Court